1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ELIZABETH L. MOORE,        )  Case No.: CV 08-03747-PLA
                                        )
12       Plaintiff,               )  ORDER AWARDING EQUAL
                                        )  ACCESS TO JUSTICE ACT
13    vs.                         )  ATTORNEY FEES PURSUANT TO
                                        )  28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,          )
   Commissioner of Social Security,  )
15                                         )
      Defendant               )
16                                         )
   _____)
17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of

21 rights, the amount of $3,900.00, as authorized by 28 U.S.C. § 2412(d), subject to

22 the terms of the above-referenced Stipulation.

23 DATE:    February 17, 2010

24                                                      _____
25                                                    THE HONORABLE PAUL L. ABRAMS
                                                 UNITED STATES MAGISTRATE JUDGE
26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING

3 | /s/ 𝔏𝔞𝔴𝔯𝔢𝔫𝔠𝔢 𝔇. 𝔎𝔬𝔥𝔩𝔣𝔦𝔫𝔤
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Elizabeth L. Moore

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26